

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00564-CR

David Lee **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2062
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

On May 22, 2019, appellant filed a "Motion for Abeyance and Remand for a Hearing [to] Disqualify and Recuse the Bexar County District Attorney's Office." Citing Texas Code of Criminal Procedure article 2.01, appellant requested that we abate this appeal and remand the cause to the trial court for a determination of whether the sitting district attorney and the district attorney's office are disqualified from prosecuting this appeal.

On June 6, 2019, we ordered the State to file a response to appellant's motion. The State filed its response on June 18, 2019, indicating its opposition to appellant's motion. The State contends "[r]emanding this matter to the trial court is not required … [appellant] has set forth no grounds for disqualification."

Appellant's motion is **GRANTED**, and we **ABATE** this appeal and **REMAND** it to the trial court for a hearing to determine whether the sitting district attorney and the district attorney's office are disqualified from prosecuting this appeal. We **ORDER** the trial court to determine whether the sitting district attorney and the district attorney's office are disqualified from prosecuting this appeal and file its written findings of fact and conclusions of law with the trial court clerk no later than **July 18, 2019.** Additionally, we **ORDER** the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further **ORDER** the court reporter to file in this court a reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

It is so **ORDERED** on July 3, 2019.

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

**PER CURIAM**

